IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREEM MASSAL, #R72207, <br><br> Plaintiff, <br><br> v. <br><br> IDOC, *et al.*, <br><br> Defendants. | Case No. 22-cv-01029-SPM |

## ORDER OF DISMISSAL

**MCGLYNN, District Judge:**

On May 16, 2022, Plaintiff Kareem Massal commenced this action by filing a Complaint pursuant to the Federal Torts Claims Act. (Doc. 1). Upon filing, Massal was informed that he had 30 days to pay the filing fee of $402.00 or submit a motion to proceed without prepayment of the filing fee ("motion to proceed IFP"). (Doc. 3). Massal was warned that failure to pay the filing fee or submit a motion to proceed IFP would result in dismissal of this case without prejudice. Massal failed to comply with the Court's directive.

On June 27, 2022, the Court entered a Notice of Impending Dismissal. (Doc. 6). Massal was again warned that this case would be dismissed if he did not comply with the Court's directive regarding his filing fee by July 7, 2022. Three days later, Massal filed a motion requesting the status of his case. (Doc. 7). He was advised a third time that he must pay the filing fee of $402.00 or file a motion to proceed IFP or the case would be dismissed. (Doc. 8). The Clerk of Court sent Massal a copy of the docket sheet.

To date, Massal has failed to pay the filing fee or file a motion to proceed IFP. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**DATED:  July 18, 2022**

*s/Stephen P. McGlynn*
**STEPHEN P. MCGLYNN**
**United States District Judge**